No. 308. EISTRAT *v.* NORTHERN LUMBER CO. ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. Petitioner *pro se.* *Vincent Scott* for respondents.

No. 227. ZIEMER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Edward S. Grodin* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 250. ELLIS, CORRECTIONS DIRECTOR, *v.* MAC-KENNA. Motion of respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *Will Wilson,* Attorney General of Texas, and *John L. Estes,* Assistant Attorney General, for petitioner. Respondent *pro se.*

No. 273. HENSLEE, PENITENTIARY SUPERINTENDENT, *v.* BAILEY. Motion of respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied. *Frank Holt,* Attorney General of Arkansas, and *Thorp Thomas,* Assistant Attorney General, for petitioner. Respondent *pro se.*

No. 199, Misc. CLINTON *v.* BENNETT, DIRECTOR, BUREAU OF PRISONS, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondents.